# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:12PO93 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| CHANTEL RICHARDSON, | : | |
| Defendant. | : | |

## ORDER FOR DISMISSAL

Defendant appeared in Court on December 5, 2012 on the above violation (Driving Under Suspension). Upon the Government's Oral Motion to Dismiss, the above violation is hereby DISMISSED with prejudice.

December 10, 2012

                                                                                  s/Michael J. Newman
                                                                                    Michael J. Newman
                                                                      United States Magistrate Judge